### Commonwealth *v.* Sidler, Appellant.

Argued December 13, 1966. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram S. Nedurian,* Assistant District Attorney, *Paul R. Sand,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, J., absent.

### Commonwealth *v.* Smart, Appellant.

Submitted December 12, 1966. *Kenneth E. Smart,* appellant, in propria persona; *Harold E. Sheely,* Assistant District Attorney, and *Richard C. Snelbaker,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Smith, Appellant.

Argued December 14, 1966. *Leonard Packel,* Assistant Defender, with him *Martin I. Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Leslie J. Carson, Jr.,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.